UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard Street
Hammonton, NJ 08037
AMC/0842

In Re: Le, Anh T.

Order Filed on April 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-12672    ABA

Adv. No.:

Judge Andrew B. Altenburg

ORDER GRATING MOTION TO
REINSTATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 9, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Le, Anh T.
Case No.: 24-12672            ABA
Caption of Order: Order Granting Motion to Reinstate Automatic Stay

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the automatic stay in the present case is imposed and shall continue until further Order of this Court.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.