UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard Street
Hammonton, NJ 08037
AMC/0842

**Order Filed on April 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Le, Anh T.

Case No.: 24-12672    ABA

Adv. No.:

Judge Andrew B. Altenburg

# ORDER GRATING MOTION TO
# REINSTATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 9, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Le, Anh T.
Case No.: 24-12672          ABA
Caption of Order: Order Granting Motion to Reinstate Automatic Stay

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the automatic stay in the present case is imposed and shall continue until further Order of this Court.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12672-ABA |
| Anh T. Le | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1
Date Rcvd: Apr 09, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anh T. Le, 705 Grant Avenue, Oaklyn, NJ 08107-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Carroll | on behalf of Debtor Anh T. Le AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Janine Leicht | on behalf of Attorney Glassboro Office Urban Renewal LLC jlloyd@brownconnery.com, sponto@brownconnery.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5