D**O***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*

**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:** **ANH T. LE,** | Case No.   24-12672 (ABA) |
| | Hearing Date:   N/A |
| **Debtors** | Judge:   ANDREW B. ALTENBURG, JR. |

CERTIFICATION OF CONSENT
RESOLVING BAD FAITH FILINGS AND
ALLOWING CASE TO CONTINUE

    I, **Andrew B. Finberg,** Chapter 13 Standing Trustee, certify that with respect to the copy of the above-captioned Consent Order submitted to the Court, the following conditions have been met;

(a)    The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b)    The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c)    I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)    I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e)    If submitting the Consent Order and this Certification to the Court electronically via the presiding Judge's e mail box, as a registered Participant of the Court's Case Management / Electronic Files (CM/ECF) System, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

    */s/ Andrew B. Finberg*
    Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Office of the Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

In Re:
 ANH T. LE

Debtor

Case No. 24-12672 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**CONSENT ORDER**
**RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**(Page 2)**
Debtor:       ANH T. LE
Case No.    24-12672 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor(s), for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor(s)' Chapter 13 case number 24-12672 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor(s)' instant Chapter 13 case should be dismissed, the Debtor(s) shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180-days from the date of dismissal of Debtor(s)' case.


/s/ Andrew M. Carroll                                    4/12/2024
Andrew M. Carroll                                         Date
Debtor's Attorney


/s/ Andrew B. Finberg                                   4/15/2024
Andrew B. Finberg                                         Date
Chapter 13 Standing Trustee