UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
BROWN & CONNERY, LLP
Janine M. Leicht, Esquire
6 N. Broad Street
Woodbury, NJ 08096
(856) 854-8900
(856) 853-9933 (facsimile)
jleicht@brownconnery.com
Attorneys for Glassboro Office Urban Renewal, LLC

Order Filed on May 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anh T. Le,

    Debtor.

Case No.: 24-12672

Hearing Date: May 7, 2024

Judge: ABA

Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 7, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  Glassboro Office Urban Renewal, LLC  , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at: 225 Rowan Boulevard, Glassboro, New Jersey 08028, New Jersey, Unit 213 and to evict the debtor if a judgment of possession is obtained.

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U.S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

*rev. 11/14/2023*