UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BROWN & CONNERY, LLP**
Janine M. Leicht, Esq.
6 North Broad Street
Woodbury, NJ 08096
(856) 854-8900
(856) 853-9933 (facsimile)
jleicht@brownconnery.com
Attorneys for Glassboro Office Urban Renewal, LLC

Case No.:         24-12672 (ABA)

Chapter:          Chapter 13

In Re:

         **Anh T. Le,**

                  Debtor.

## CERTIFICATION OF SERVICE

1.  I, Janine M. Leicht:

     ☒ represent Glassboro Office Urban Renewal, LLC in this matter.

     ☐ am the secretary/paralegal for                          who represents
          in this matter.

     ☐ am the                          in this case and am representing myself.


0.     On May 9, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

       Order Granting Motion for Relief from Automatic Stay

7OS8831

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
        indicated.

Date: 5/9/2024                              /s/ Janine M. Leicht_____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Andrew M. Carroll, Esq.<br>427 N. Packard St.<br>Hammonton, NJ 08037 | Plaintiff's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF filing<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anh T. Le<br>705 Grant Ave.<br>Oaklyn, NJ 08107 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate<br>Center 535 Route 38 – Suite<br>580 Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF filing<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text. |

7OS8831