UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
BROWN & CONNERY, LLP
Janine M. Leicht, Esquire
6 N. Broad Street
Woodbury, NJ 08096
(856) 854-8900
(856) 853-9933 (facsimile)
jleicht@brownconnery.com
Attorneys for Glassboro Office Urban Renewal, LLC

**Order Filed on May 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anh T. Le,

        Debtor.

| | |
|---|---|
| Case No.: | 24-12672 |
| Hearing Date: | May 7, 2024 |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 7, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of ___Glassboro Office Urban Renewal, LLC_____, under

Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and:

1.      The automatic stay is vacated to permit the landlord to initiate or resume an action in the

state court of New Jersey for possession of the debtor's rented premises located at: 225 Rowan

Boulevard, Glassboro, New Jersey 08028, New Jersey, Unit 213 and to evict the debtor if a

judgment of possession is obtained.

2.      The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the

Office of the U.S. Trustee and any trustee appointed in this case, and any other party who entered

an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 24-12672-ABA

Anh T. Le                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                Page 1 of 2
Date Rcvd: May 08, 2024                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Anh T. Le, 705 Grant Avenue, Oaklyn, NJ 08107-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew M. Carroll | on behalf of Debtor Anh T. Le AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Janine Leicht | on behalf of Attorney Glassboro Office Urban Renewal  LLC jlloyd@brownconnery.com, sponto@brownconnery.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                                   User: admin                                   Page 2 of 2
Date Rcvd: May 08, 2024                          Form ID: pdf903                          Total Noticed: 1
TOTAL: 6