Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Santander Consumer USA Inc

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:      ANH T. LE | |
| | CHAPTER: 13<br>CASE NO:  24-12672 (ABA)<br>HEARING DATE: |
| | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Santander Consumer USA Inc. enters its appearance and the law firm of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Santander Consumer USA Inc. with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

Santander Consumer USA Inc. in the above hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Santander Consumer USA Inc. by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Santander Consumer USA Inc.
2860Patton Rd
Roseville, MN  55113


Santander Consumer USA Inc.  pursuant to Fed R Bankr P 3017(a), further requests

that all  plans  and  disclosure  statements  filed  herein  by  any  party  be  duly  served

upon it  and  its undersigned attorneys.


/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander Consumer USA Inc.


Dated:  6/5/24