Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.:  24−12672−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anh T. Le
   dba Lush Nails and Spa
   705 Grant Avenue
   Oaklyn, NJ 08107

Social Security No.:
   xxx−xx−1536

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 13, 2024</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court